

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00440-CV

John Schack and Debbie Schack
v.
Property Owners Association of Sunset Bay and Timothy Raub

On appeal from the
343rd District Court of Aransas County, Texas
Trial Cause No. A-13-0266-CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 19, 2018